IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Michelle Tweten and Tony Tweten, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:11-cv-101 |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Country Preferred Insurance Company and | ) | |
| American National Property and Casualty | ) | |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. #61). Upon

consideration, the Court hereby **ADOPTS** the stipulation and **ORDERS** this case dismissed with

prejudice and without costs to any party.

**IT IS SO ORDERED**.

Dated this 5th day of August, 2013.

/s/ *Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court